# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELECT SERVICES PORTFOLIO, et al.,<br><br>　　　　Defendants. | Case No.  1:16-cv-1642-LJO-SAB<br><br>ORDER STRIKING FIRST AMENDED COMPLAINT<br><br>(ECF No. 10) |

　　　　Plaintiff Mary Bryant, proceeding pro se, filed this action on October 31, 2016.  (ECF No. 1.)  On December 19, 2016, Plaintiff filed a first amended complaint that was stricken from the record because it was not signed.  (ECF Nos. 6, 7.)  On January 9, 2017, Plaintiff filed an amended complaint.  (ECF No. 10.)

　　　　Again, Plaintiff did not sign her first amended complaint.  The Federal Rules require that every pleading must be signed by at least one attorney of record or by the party personally if the party is unrepresented.  Fedl. R. Civ. P. 11(a); see also Local Rule 131(b) (in relevant part, all pleadings must be signed by the party involved if that party is appearing in propria persona).  The Court must strike any unsigned paper unless the omission is promptly corrected.  Fed. R. Civ. P. 11(a).  Unsigned documents cannot be considered by the Court, and Plaintiff's complaint shall be stricken from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's unsigned first amended complaint, filed December January 9, 2017, is STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated: **January 12, 2017**

_____
UNITED STATES MAGISTRATE JUDGE